# NO. 12-15-00203-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE* |
| *B.B.D., C.C.D. AND C.R.D.,* | § | *COUNTY COURT AT LAW* |
| *MINOR CHILDREN* | § | *NACOGDOCHES COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed because Appellant has failed to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3. Pursuant to Rule 32.1, Appellant's docketing statement was due to have been filed at the time the appeal was perfected, i.e., August 11, 2015. *See* TEX. R. APP. P. 32.1. Because Appellant did not file his docketing statement at that time, this court requested by letter dated August 11, 2015, that he file his docketing statement within ten days if he had not already done so. Appellant did not file the docketing statement as requested.

On August 26, 2015, the court notified Appellant that the appeal would be dismissed on or before September 8, 2015, unless he filed the required docketing statement. *See* TEX. R. APP. P. 32.1. The September 8 deadline has passed, and Appellant has not complied with the court's request. Because Appellant has failed, after notice, to comply with Rule 32.1, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered September 16, 2015.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

## SEPTEMBER 16, 2015

## NO. 12-15-00203-CV

## IN THE INTEREST OF B.B.D., C.C.D. AND C.R.D., MINOR CHILDREN

Appeal from the County Court at Law
of Nacogdoches County, Texas (Tr.Ct.No. C0824936)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*